IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KIMBERLY EDWARDS**                                                                                    **PLAINTIFF**

**V.**                                                                             **CAUSE NO. 3:17-CV-974-CWR-FKB**

**UNIVERSITY OF MISSISSIPPI**                                                                           **DEFENDANT**
**MEDICAL CENTER**

## FINAL JUDGMENT

Having entered an Order finding that the plaintiff's complaint has not stated a claim against the defendant, *see* Docket No. 3, this case is due to be dismissed without prejudice and closed on this Court's docket. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**SO ORDERED**, this the 11th day of January, 2018.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE